Form FIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

Case Number: 09-03107-8-JRL
Judge: J. RICH LEONARD
Dated: August 30, 2010

In Re:

JOHN MICHAEL PATRICK
8178 NC HIGHWAY 751
DURHAM, NC 27713-6856

SSN (1): XXX-XX-3863

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

**You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned trustee, the debtor(s) and counsel for the debtor(s). If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the trustee and the surety on the trustee's bond will be released.**

1. The case was filed on April 17, 2009 and confirmed on August 11, 2009.
   The case was subsequently Completed (J) on August 20, 2010.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $3,600.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| ZENITH ACQUISITION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JERRI N. PATRICK | UNSECURED | $35,475.92 | $322.97 | $0.00 | $35,152.95 |
| ARROW FINANCIAL SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ARROW FINANCIAL SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ASSET ACCEPTANCE LLC | UNSECURED | $12,567.63 | $114.42 | $0.00 | $12,453.21 |
| JPMORGAN CHASE BANK, N.A. | UNSECURED | $16,790.30 | $152.86 | $0.00 | $16,637.44 |
| GEMB/PPBYCR | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JERRI N. PATRICK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NEXTCARD | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO FINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WACHOVIA DEALER SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | $635.03 | $5.78 | $0.00 | $629.25 |
| JP MORGAN CHASE BANK, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFREY M. DAVIS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ECMC | UNSECURED | $6,595.20 | $60.04 | $0.00 | $6,535.16 |
| ECMC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| AES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |

4.    Summary of disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $0.00 | $0.00 | $72,064.08 | $0.00 | $72,064.08 |
| **Principal Paid** | $0.00 | $0.00 | $656.07 | $0.00 | $656.07 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5.    Costs of Administration:

      The clerk was paid $0.00 for the filing fee.

      The debtor's attorney was allowed $2,700.00 and was paid $2,700.00.

      The Trustee was paid $0.00 for the cost of mailing notices in the case.

      The Trustee was paid $121.97 for expenses and $121.96 for compensation pursuant to 11 USC § 1326.

      Refunds to the debtor total $0.00.

6.    The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully adminstered.

      Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Dated: August 30, 2010

cc:  JOHN MICHAEL PATRICK

*s/ John F. Logan* _____

John F. Logan

TRAVIS SASSER

Chapter 13 Trustee

LAW OFFICE OF TRAVIS SASSER

Post Office Box 61039

2000 REGENCY PARKWAY, SUITE 230

Raleigh, NC 27661-1039

CARY, NC 27518

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: JOHN MICHAEL PATRICK                              CASE NUMBER: 0903107
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on _08/31/2010_ :

By First Class Mail :

AES, PO BOX 8183, HARRISBURG, PA  17105-8183,  -
ARROW FINANCIAL SERVICES, 5996 WEST TOUHY AVE., NILES, IL  60714-4610,  -
ASSET ACCEPTANCE LLC, PO BOX 2036, WARREN, MI  48090-2036,  -
CHASE AUTO FINANCE, ATTN: MNG AGT, 14800 FRYE RD., FORT WORTH, TX  76155 -
ECMC, PO BOX 75906, ST. PAUL, MN  55175,  -
ECMC, LOCK BOX #8682, PO BOX 75848, ST. PAUL, MN  55175-0848 -
FCNB, PO BOX 922788, NORCROSS, GA  30010,  -
GEMB/PPBYCR, PO BOX 981064, EL PASO, TX  79998,  -
JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 7999, SAINT CLOUD, MN  56302,  -
JEFFERSON CAPITAL SYSTEMS, LLC, ATTN:  MANAGER OR REG. AGENT, PO BOX 953185, ST. LOUIS, MO  63195-3185 -
JEFFREY M. DAVIS, PO BOX 20570, GREENSBORO, NC  27420,  -
JERRI N. PATRICK, PO BOX 40, MARIONVILLE, MO  65705,  -
JERRI PATRICK, 4791 WEST UNIVERSITY STREET, SPRINGFILED, MO  65802,  -
JOHN MICHAEL PATRICK, , 8178 NC HIGHWAY 751, DURHAM, NC  27713-6856 -
JP MORGAN CHASE BANK, N.A., CHASE AUTO FINANCE, AZ1-1191, 201 N. CENTRAL AVE., PHOENIX, AZ  85004 -
JPMORGAN CHASE BANK, N.A., CHASE AUTO FINANCE, PO BOX 901032, FORT WORTH, TX  76101-2032 -
MOHELA, AMERICAN EDUCATION SERVICES, 1200 N. SEVENTH ST., ATTN:1  DDB TM/2ND FLOOR HARRISBURG, PA -
NEXTCARD, PO BOX 922788, NORCROS, GA  30010,  -
TRAVIS SASSER, LAW OFFICE OF TRAVIS SASSER, 2000 REGENCY PARKWAY, SUITE 230, CARY, NC  27518 -
WACHOVIA DEALER SERVICES, PO BOX 19657, IRVINE, CA  92623-9657,  -
WELLS FARGO FINANCIAL, PO BOX 98796, LAS VEGAS, NV  89193-8796,  -
ZENITH ACQUISITION, PO BOX 47790, OAK PARK, MI  48237,  -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date: __08/31/2010__          Signature: _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134