VAN–097 Order Reopening Case – Rev. 02/12/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
John Michael Patrick
2412 Hidden Meadow Drive
Fuquay Varina, NC 27526

CASE NO.: 09–03107–8–SWH

DATE FILED: April 17, 2009

CHAPTER: 13

AMENDED
ORDER REOPENING CASE

A motion to reopen has been filed. The court finds that the motion should be allowed. Accordingly,

IT IS ORDERED that this case is reopened.

DATED: May 5, 2014

Stephani W. Humrickhouse
United States Bankruptcy Judge