**VAN–050** Order Closing Case – Rev. 02/12/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
John Michael Patrick
2412 Hidden Meadow Drive
Fuquay Varina, NC 27526

CASE NO.: 09–03107–8–SWH

DATE FILED: April 17, 2009

CHAPTER: 13

ORDER CLOSING CASE

This case was reopened on **April 25, 2014** and all matters have now been concluded.

IT IS ORDERED that this case is closed.

DATED: June 30, 2014

Stephani W. Humrickhouse
United States Bankruptcy Judge